**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

        **v.**          **Criminal No. 06-50017-001**

**HERBERTO UGALDE-MENDEZ**                                                              **DEFENDANT**

**O R D E R**

    Now on this 13th day of May, 2008, comes on for consideration defendant's **Petition To Request Honorable District Court's Intervention Pursuant To U.S.C. Title 18 §3231 District Courts Jurisdiction, To Waive The Fine Imposed By The District Court** (document #29), and from said motion, and the response thereto, the Court finds that said motion should be denied.  The circumstances in which the Court may alter a previously-imposed sentence are limited.  They include a meritorious motion of the government pursuant to **F.R.Cr.P. 35** or **18 U.S.C. §3573**; a meritorious motion of the defendant pursuant to **28 U.S.C. §2254** or **§2255**; and remand for resentencing following appeal.  Defendant's motion does not fall within any of these categories.

    **IT IS THEREFORE ORDERED** that defendant's **Petition To Request Honorable District Court's Intervention Pursuant To U.S.C. Title 18 §3231 District Courts Jurisdiction, To Waive The Fine Imposed By The District Court** (document #29) is **denied.**

    **IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**